IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LI SHAOMING, MO HAILONG, a/k/a Robert Mo, WANG LEI, WANG HONGWEI, YE JIAN, and LIN YONG,<br><br>Defendants. | Criminal No. 4:13-cr-147<br><br>DEFENDANT MO'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE HIS APPEAL TO THE DISTRICT COURT FOR REVOCATION OF MAGISTRATE JUDGE'S PRE-TRIAL DETENTION ORDER |

Defendant Mo Hailong ("Mo"), by and through his undersigned counsel, respectfully moves this Court, pursuant to Local Rule 7(k), Local Criminal Rule 5(a) and Title 18, United States Code, Section 3145(b), for a four-week extension of the time in which to file his Appeal to the District Court for Revocation of the Pre-Trial Detention Order Issued by United States Magistrate Judge Dave Lee Brannon, Southern District of Florida. In support of his unopposed motion, Mr. Mo states the following:

1.  Mr. Mo was arrested in the Southern District of Florida on December 11, 2013. Following his initial appearance, Mr. Mo was detained pending a detention hearing on December 13, 2013. On December 20, 2013, following the hearing, Mr. Mo was ordered detained pending trial by United States Magistrate Judge Dave Lee Brannon.

2.  Thereafter, the Bureau of Prisons transferred Mr. Mo to the Southern District of Iowa, where he remains detained.

3.      Mr. Mo made his initial appearance in the Southern District of Iowa before Magistrate Judge Ross A. Walters on January 24, 2014, and was arraigned before this Court on the Indictment on January 29, 2014.

4.      Pursuant to Local Criminal Rule 5(a), Mr. Mo must file any appeal of Magistrate Judge Brannon's detention order within 14 days of his January 24, 2014 initial appearance before this Court—in other words, by February 7, 2014.

5.      Mr. Mo's counsel is seeking to reach an agreement with the government regarding conditions of bail that would reasonably assure the government of Mr. Mo's continued presence in court.  If these discussions are successful, Mr. Mo plans to present an unopposed package of bail conditions to this Court for its consideration.  Mr. Mo wishes additional time in order to continue his discussions with the government and hopefully obviate the need for his appeal.  He believes that a continuance of four weeks will be sufficient.

6.      Mr. Mo's counsel has conferred with Assistant United States Attorney Jason T. Griess regarding his request for an extension, and Mr. Griess indicated that he has no objection.

7.      Trial in the matter is currently set for March 31, 2014.  The date by which Mr. Mo must file his appeal of the magistrate judge's detention order has not been continued or extended previously.

WHEREFORE, for the reasons stated above, Mr. Mo requests that this Court extend by four weeks, until March 7, 2014, the time in which to file his Appeal to the District Court for Revocation of the Pre-Trial Detention Order Issued by United States Magistrate Judge Dave Lee Brannon, Southern District of Florida.

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**

By: /s/ Walter F. Brown, Jr.
    Walter F. Brown, Jr.
    Mark E. Beck

405 Howard Street
San Francisco, CA 94105-2669
T: (415) 773-5700
F: (415) 773-5759
Email: wbrown@orrick.com
Email: mbeck@orrick.com

ATTORNEYS FOR DEFENDANT MO HAILONG

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on February 7, 2014, by

- ☐ U.S. Mail
- ☐ Hand Delivered
- ☑ FedEx/Overnight Carrier
- ☐ FAX
- ☐ Electronic Mail
- ☑ CM/ECF

Jason T. Griess
Assistant United States Attorney
United States Attorney's Office
110 E. Court Avenue, Suite 286
Des Moines, IA 50309
Jason.Griess2@usdoj.gov

Signature: /s/ Nadia Louis Hermez
    Nadia Louis Hermez

OHSUSA:756404679.1