IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:13-cr-00147-RP-CFB |
| Plaintiff, | ) | |
| | ) | ORDER CONCERNING |
| vs. | ) | STIPULATION REGARDING |
| | ) | DISCOVERY AND MOTION |
| LI SHAOMING, **MO HAILONG, a/k/a** | | DEADLINES |
| **Robert Mo,** WANG LEI, WANG | ) | |
| HONGWEI, YE JIAN, and LIN | ) | |
| YONG, | ) | |
| | ) | |
| Defendants. | ) | |

This case is set for trial during the trial-setting period commencing March 31, 2014. The Court is aware of the background of the case. By its nature the case is complex. The stipulation reflects the parties are in discussion concerning detention issues and exchanges of information about the case. By their stipulation they ask the Court to continue all current deadlines to allow them to attempt to resolve the issues concerning defendant's status and discovery, with a status conference in about 60 days to set a new trial date and deadlines. The parties stipulate that the time until the status conference may be excluded under the Speedy Trial Act. 18 U.S.C. § 3161. There is good cause to do as the parties request and to continue the trial date to a date to be set at a later status conference. The case is so unusual and complex that it would be unreasonable to expect adequate preparation for pretrial and trial proceedings by the current date. *Id.* § 3161(h)(7)(B)(ii). Accordingly, all dates on the current

progression schedule, including the trial date, the time for defendant to file an appeal of the detention order, and a motion for bill of particulars are continued to a date to be set following status conference with the Court. The Court finds the time between the parties' stipulation [38] and the status conference set below is excluded from the Speedy Trial Act calculations. The Court finds for the reasons given above that a continuance is in the interest of justice, which outweigh the interests of the public and defendant in a speedy trial.

Status conference is set before Chief U.S. Magistrate Judge Celeste F. Bremer at **11:00 a.m on April 30, 2014**. Not later than April 18, 2014 the parties shall advise the Court whether they prefer the status conference to be in person or by teleconference and if the presence of defendant Mo Hailong is desired for the conference (to facilitate the presence of an appropriate interpreter).

Trial and deadlines continued as above.

IT IS SO ORDERED.

Dated this 27th day of February, 2014.

ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE